31,203-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Cause No: 2013-2073-C2 & 2013-2331-C2

Craig Mack                          §    IN THE 54TH JUDICIAL
TDCJ-ID#1939218                     §    District Court of
   Relator                          §    McLennan County, Texas
V.                                  §
*Honorable Judge                    §
Mr. Matt Johnson;                   §
*Mr. Abel Reyna;                    §
*District Attorney;                 §
Mrs. Karen Matkin;                  §
*DISTRCIT CLERK; IN THEIR OFFICIAL  §
   Respondents   CAPACITIES. §     §

This document contains some pages that are of poor quality at the time of imaging.

Original Application for Writ of Mandamus

To The Honorable Judge of Said Court of Appeals:

Now Comes, Craig Mack, Relator, Pro Se in the above styled and numbered causes of action and files this original Application for Writ of Mandamus, Pursuant to Article §11.07 section 3(c); §28.01, section 1(1)thru(8); §2.21(a)(1)thru(3) and(6); §44.07; §44.02; §26.13(3)§26.02 & §26.03; §26.01; §14.06(a); §1.05; §1.06; §1.16; §1.09; §21.03; §21.02(7);§21.27(7); §27.12;§25.02; §19.28; §19.27; §16.17; § 16.14; §11.43; §26.04; § 16.05; §16.08; §39.14; §29.08; §29.03; §29.01; § 20.02(d); §61.03(a); §38.23; §15.17(a); §31.01; §31.02; §31.03; §31.05; §31.06 and §31.07 all of the Texas Code(s) of Criminal Procedure(s); Article 1,Sections §9,10 and 19 of the Texas Constitution; and the 1ST, 4TH, 5TH, 6TH, 8TH and 14TH Amendments of the United States Constitution.

And will show the Court the following facts:

1.

1* >   Craig Mack,TDCJ-ID#1939218, is a prisoner incarcerated in the Texas Department of Criminal Justice-Institutional Division and is requesting relief in order to Perfect his right of appeal on the trial courts and the District Clerks records.

2* >   The acts sought to be compelled are ministerial, not discretionary in mature. T.C.C.P. art 11.07 section 3(c) requires

[1].

Respondents to immediately transmitt to the Court of Criminal
Appeals a COPY of the Application for Writ of Habeas Corpus;
any answers filed [Notice-Request Appeal] and a certificate
reciting the date upon which the finding was made; if the con-
victing court decides that there are no issues to be resolved.

3.* In Relator's cause, he filed a Motion for Self-Representa-
tion on 05-23-14; and in rebuttal the State's appointed defense,
attorney Mr. Stephen Reed, filed his Motion to Withdraw as counselor;
therefore, Relator personally filed eight(8) Pre-Trial Motions
that the States' Court-Appointed defense attorney failed-refused
to file for Relators' defense.

4.* On 06-06-14, Relator filed three(3) timely Motions Pursuants
to T.C.C.P. article §28.01,section 1(1)-(8), '1'Motion To Suppress
Evidence, obtained As A result of A Warrantless Arrest; '2'Motion
For Discovery and '3'Motion To Inspect Grand Jury Minutes and to
Dismiss the Indictment.

5.* Again, on 06-09-14, Relator filed four(4) timely Pretrial Motions
(1)Motion for Continuance; (2)Motion to Dismiss Charges For Consti-
tutional and Statutory Violations; (3)Motion to Quash and (4)Motion
for Change of Venue, and on 06-10-14, Relator filed an Amended Motion
to Quash.

6.* All nine(9) of Relators' timely pre-Trial Motions were served on
the District Clerk; Mrs. Karen Matkin; the original District Attorney,
Mr. Abel Reyna and the 54TH District Judge: The Honorable Judge Matt
Johnson, by United States Mail Service.

7.* The Respondent, Honorable Judge matt Johnson, ORDERED a Pre-Trial
hearing on 06-13-14, to hear and rule on the States' Court Appointed
defense Attorney's Motion To Withdraw AS Counsel;the Respondent
"verbally" denied Relators' Right of Self-Representation, and Respondent
knowingly, deliberately, intentionally and maliciously failed to
respond in writing to any of Relators timely, Pre-Trial Motions as,

[2]

Prescribed by State and Federal laws of this State and the United States Constitutional Amendments. [Bill of Rights].

8.* On 08-11-14, Relator filed his request-Notice of Appeal with Respondent, Mrs. Karen Matkin, through the United States Postal-Service, and Pursuant to T.C.C.P. article §44.02, which states in part ·quote "Latter Part" he must have permission of the trial - court, except on those matters which have been raised by written Motions filed Prior to Trial" end quote.

9.* In Relators' causes, the trial date was > 06-19-14,and the Trial Court records, the Clerks records will verify that none of the 'merits in the nine(9) timely filed Pre-trial Motions has received a Written Response; and which were filed three(3)Motions- 06-06-14 & four(4) Motions-06-09-14 and ~~[illegible]~~ *CM omit CM* (1)one filed 05-23-14; (1)Amended Motion 06-10-14.

10.* Pursuant to T.C.C.P. article 44.07: Rights of Appeal not abridged; Respondent have abridged and denied Relator of his right of appeal and to be heard as guaranteed by the United States Constitutional Amendments.

‖‖‖

11.* Respondents has Violated article 11.07 section 3(c) of the Texas Code of Criminal procedure by knowingly,intentionally,delibertely and maliciously failing-refusing to give a Written Response to Relators' timely filed Pre-trial Motions and granting relator an appeal.

12.* To date, Relator has not received any responses from the Respondents regarding relators request-notice of appeal,nor a response to any of the Relators nine(9)timely filed Pre-trial Motions.

13.* Relator has repeatedly put respondents on Notice that Relator seeks to appeal the illegal*CM* and unlawful judgment and conviction in the above numbered causes; and for a Written answer to ALL of- Relator's timely filed Pre-Trial Motions, Pursuant to T.C.C.P. article §44.02, §44.07 and §26.13(3).

[3]

14.* Relator has gone well beyond any requirements, or obligations upon him by the Texas Code of Criminal procedure. An in contrast to Relator's efforts, respondents has wholly failed to comply with T.C.C.P. article §11.07 [3](c); articles §28.01 section 1(1) thru(8); §44.02; §26.13 and §44.07 Statutes of T.C.C.P.; and is acting in bad faith and has failed to afford Relator the professional and common courtesy of any written response to relator's timely, legitimate Motions and Right to an appeal on said Motions.

## III

Wherefore, Premises considered, relator, Craig mack, Pro Se respectfully request a finding that respondent did not respond to any of relator's nine(9) timely filed Motions for his defense, and that Respondents are denying, hindering,and abridging relator's Right To an Appeal on ALL Motions filed prior to the Trial date of June 19TH,2014;and that Relator has brought this Litigation in good faith and has substantially Prevailed, under the Laws and Status of this State.

Relator Prays for an 'ORDER' directing Respondents to respond in writing to all nine(9) of Relator's legitimate and timely filed Motions; issue an ORDER for Respondents to grant Relator his RIGHT to appeal on these nine(9)Motions; also issue an ORDER for Respondents to provide Relator with a copy of the Clerk's records and Trial-records under Relator's indigent status in order to perfect his Right To appeal.

Respectfully Submitted

By: Craig Mack,Pro Se

I, Craig Mack, declare under penalty of Perjury that the foregoing information is true and correct. Executed on this the, _____7th_____ day of ___January___ ,2015.

/s/ Craig Mack

CERTIFICATE OF SERVICE

This is to certify that on this the ____7th____ day of
___January___, 2015. A true copy of Relator's Original Application
for Writ of Mandamus, has been served on the District Clerk, Mrs.
Karen Matkin; the Criminal District Attorney, Mr. Abel Reyna; and
District Judge; Honorable Matt Johnson's Offices at McLennan
County, Texas, at Waco, Texas by placing the same in the United
States Postal Service Mail.

/s/ _Craig Mack_

Mr. Craig Mack #1939218

Mark Wayne Michael Unit

2664 FM 2054 *CM*

Tennessee Colony, Texas

75886

Craig Mack.

_Craig Mack_

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

_In The 54th Judicial District Court of McLennan County Texas_

Craig Mack

Mr. Matt Johnson *Plaintiff*

v.

Mr. Abel Reyna * Mrs. Karen Matkin

*Defendant*

Civil Action No.

Cause No. 2013-2073-C2 &
2013-2331-C2

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _Michael Unit of TDCJ-ID_ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _0_ , and my take-home pay or wages are: $ _0_ per

*(specify pay period)* _NONE_ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
- Student Loans * Amount unknown
- Security Finance * Amount unknown
- World Finance * Amount unknown
- State Court * Amount Unknown

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 01-07-2015

Craig Mack
_____
Applicant's signature

Craig Mack
_____
Printed name

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        01/07/15
1A2W/KST5757                IN-FORMA-PAUPERIS DATA                10:02:06
TDCJ#: 01939218 SID#: 03180032 LOCATION: MICHAEL        INDIGENT DTE: 12/23/14
NAME: MACK,CRAIG E                    BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS: 00543811 00612010
CURRENT BAL:      0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        20.00
6MTH DEP:        61.39 6MTH AVG BAL:        0.58 6MTH AVG DEP:        10.23
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14      20.00           20.00         09/14      20.00          20.98
11/14       0.00            0.00         08/14      20.00          20.41
10/14       0.00            0.00         07/14       0.00           0.00
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Anderson_
ON THIS THE _7th_ DAY OF _Jan        2015_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

KISHA N STOTTS
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES
8-28-2016
"NOTARY WITHOUT BOND"